# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132066
& (17)
(20)
(21)
(23)

STOP OVERSPENDING INITIATIVE,
      Plaintiff-Appellant,

v

                                         SC: 132066
                                         COA: 272886

BOARD OF STATE CANVASSERS,
      Defendant-Appellee,

and

DEFEND MICHIGAN, NO ON PROPOSAL 6,
      Intervenor/Appellee.
_____/

On order of the Court, the motions for immediate consideration, to intervene, and to file brief amicus curiae are GRANTED. The application for leave to appeal the September 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2006                                                 
                                            Clerk

l0914